IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:08cr20/MCR
 3:09cv576/MCR/EMT

AARONEY OKEVIOUS REED

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 15, 2012. (Doc. 104). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amended motion to vacate, set aside, or correct sentence (doc. 83) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 23rd day of July, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**